IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRACFONE WIRELESS, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:07-CV-2033-L** |
| | § | |
| **VICKI S. BROOKS and** | § | |
| **MOHAMED A. MOHAMED,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff Tracfone Wireless, Inc.'s Emergency Motion to Enforce Violation of Permanent Injunction (Doc. 51), filed October 7, 2014. On December 16, 2014, Magistrate Judge Renee Harris Toliver entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff Tracfone Wireless, Inc.'s Emergency Motion to Enforce Violation of Permanent Injunction (Doc. 51). No objections to the Report were filed by the extended deadline for objections.

Having reviewed the motion, response, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff Tracfone Wireless, Inc.'s Emergency Motion to Enforce Violation of Permanent Injunction (Doc. 51) and **directs** the clerk of the court to **close** this case.

**It is so ordered** this 15th day of January, 2015.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge